IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM T. WULIGER, RECEIVER,

                    Plaintiff,          Case No. 3:05 CV 108

  -vs-

                                        O R D E R

OFFICE OF THE COMPTROLLER
OF THE CURRENCY, et al.,

                    Defendant.

KATZ, J.

      This matter is before the Court on the Receiver's motion for further clarification as contained in its memorandum electronically filed on October 11, 2005 (Doc. No. 54).

      Distilled to its essence, the Receiver seeks to limit the Court's ruling to the above-captioned action. Stated differently, the Receiver does not want to preclude or limit discovery pending in the bank litigation regarding SARs issues.

      In the absence of any objection and for purposes of clarity, the Court grants the Receiver's motion (Doc. No. 54). The rulings contained in the Court's opinions (Doc. Nos. 46, 48 and 55) shall be limited to the case *sub judice* and shall not limit or preclude discovery in other related cases.

      IT IS SO ORDERED.

                                                      S/ *David A. Katz*
                                                   DAVID A. KATZ
                                                   SENIOR U. S. DISTRICT JUDGE